JACKSON LEWIS P.C.
Michael J. Christian (SBN 173727)
Benjamin A. Hunter (SBN 344908)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:     (916) 341-0404
Facsimile:     (916) 341-0141
Email: michael.christian@jacksonlewis.com
          benjamin.hunter@jacksonlewis.com


Attorneys for Defendant
VERIZON COMMUNICATIONS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVA KUMAR, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>VERIZON AMERICAS LLC; VERIZON COMMUNICATIONS INC.; and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO.<br><br>**CERTIFICATE OF SERVICE**<br><br>(Filed concurrently with Civil Case Cover Sheet; Notice of Removal; Declarations of Michael J. Christian and Meryl Friedman; Corporate Disclosure Statement; and Notice of Interested Parties)<br><br>State Court Case No.:  25CV030044<br>State Complaint Filed:  12/15/2025<br>Removal Filed:          04/24/2026<br>Trial Date:             Not Set Yet |

1

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION
PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446

CASE NO.
SELVA KUMAR V. VERIZON AMERICAS LLC, ET AL.

I am employed in the County of Sacramento, State of California.  I am over the age of 18 and not a party to the within action; my business address is 400 Capitol Mall, Suite 1600, Sacramento, California 95814.

On April 24, 2026, I served the foregoing documents described as:

> **1.  DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1332; 1441(B); AND 1446**
> **2.  DECLARATION OF MICHAEL J. CHRISTIAN IN SUPPORT OF DEFENDANT'S REMOVAL PURSUANT TO 28 U.S.C. 1332; 1441(B) AND 1446;**
> **3.  DECLARATION OF MERYL FRIEDMAN IN SUPPORT OF DEFENDANT'S REMOVAL PURSUANT TO 28 U.S.C. 1332; 1441(B) AND 1446;**
> **4.  DEFENDANT'S CORPORATE DISCLOSURE STATEMENT IN SUPPORT OF NOTICE OF REMOVAL;**
> **5.  CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
> **6.  AND CIVIL COVER SHEET**

in this action by transmitting a true copy thereof addressed as follows:

| | |
|---|---|
| **SELVA KUMAR**<br>11354 Pleasant Valley Road, #967<br>Penn Valley, CA 95946<br>Telephone: (279) 667-9062 | **PRO SE** |

[X]   by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as set forth below with postage thereon fully prepaid, for deposit in the United States Post Office mailbox, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of correspondence for mailing, of which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 24, 2026 Sacramento, California.

_____*Erica Anyanwu*_____
Erica Anyanwu

2