JACKSON LEWIS P.C.
Michael J. Christian (SBN 173727)
Benjamin A. Hunter (SBN 344098)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (951) 848-7940
Email: michael.christian@jacksonlewis.com
        benjamin.hunter@jacksonlewis.com


Attorneys for Defendant
VERIZON COMMUNICATIONS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVA KUMAR, an individual, | Case No. 2:26-cv-01630-DJC-CKD |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| VERIZON AMERICAS LLC; VERIZON COMMUNICATIONS INC.; and DOES 1 through 50, inclusive, | State Court Case No.:   25CV030044<br>State Complaint Filed: 12/15/2025<br>Removal Filed:          04/24/2026<br>Trial Date:             Not Set Yet |
| Defendants. | |

## CERTIFICATE OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is 400 Capitol Mall, Suite 1600, Sacramento, California 95814.

On April 27, 2026, I served the foregoing documents described as:

1. **INITIAL SCHEDULING ORDER**
2. **CONSENT/DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION**

in this action by transmitting a true copy thereof addressed as follows:

| | |
|---|---|
| **SELVA KUMAR**<br>11354 Pleasant Valley Road, #967<br>Penn Valley, CA 95946<br>Telephone: (279) 667-9062 | Pro Se |

[X]    by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as set forth below with postage thereon fully prepaid, for deposit in the United States Post Office mailbox, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of correspondence for mailing, of which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2026, Sacramento, California.

/s/ Erica Anyanwu
Erica Anyanwu

2
PROOF OF SERVICE

4897-5459-3958, v. 2

3

PROOF OF SERVICE