Elisa Nadeau, Bar No. 199000
enadeau@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
Telephone:    408.998.4150
Facsimile:    408.288.5686

Tiereney Souza, Bar No. 358657
tsouza@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone:    559.244.7500
Facsimile:    559.244.7525

Attorneys for Defendant
VERIZON COMMUNICATIONS, INC.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVA KUMAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON COMMUNICATIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:26-CV-01630-DJC-CKD<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Trial Date:　　　　None Set<br>Complaint Filed:　May 21, 2026 |

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 W. San Fernando, 7th Floor, San Jose, California 95113.2431.

On June 17, 2026, I served the within document(s):

- **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY [ELISA NADEAU]**
- **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY [TIERENEY SOUZA]**

On the interested parties addressed as follows:

Selva Kumar
11354 Pleasant Valley Road, #967
Penn Valley, CA 95946
Tel:    (279) 667 9062
*PLAINTIFF, PRO SE*

As follows:

☒ **BY MAIL (FRCP 5(b)(1)(C)):** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service.  Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 50 W. San Fernando, 7th Floor, San Jose, California 95113.2431, in the ordinary course of business.

☐ **BY ELECTRONIC MAIL WHERE INDICATED:**  Pursuant to FRCP 5(b)(2)(E), I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is VStafford@littler.com

☐ **BY NOTICE OF ELECTRONIC FILING**, which is a notice automatically generated by the CM/EF system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

I hereby certify that I am employed in the Office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on June 17, 2026, at San Jose, California.

Victoria Stafford

4918-9911-8517.1 / 123733.1042

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150