UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SELVA KUMAR,

Plaintiff,

v.

VERIZON COMMUNICATIONS, INC., et al.,

Defendants.

No. 2:26-cv-01630-DJC-CKD (PS)

ORDER

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On June 22, 2026, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 18.) Defendant filed objections to the findings and recommendations. (ECF No. 19.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed June 22, 2026 (ECF No. 18), are ADOPTED in full.
2. Plaintiff's motion to remand (ECF No. 8) is GRANTED and this case is remanded to the Sacramento County Superior Court.
3. Defendant's motion to stay (ECF No. 20) is DENIED as moot.
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8 kuma26cv1630.jo